IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MELISSA J MCCLELLAN, and TST, INC., ) <br> ) <br> Defendants. ) <br> ) | 8:12CV216 <br><br> ORDER OF REFERENCE |

On December 18, 2012, a suggestion of bankruptcy was filed on behalf of Melissa J. McClellan, a defendant in this case. (ECF No. 13.) McClellan states that she has filed a petition for relief in the United States Bankruptcy Court for the District of Nebraska, "which bears the case number BK#12-82809," and "[r]elief was ordered on December 14, 2012." (Id. ¶¶ 1-2.) She also states, "This action is founded on a claim from which a discharge would be a release or that seeks to impose a charge on the property of the estate," and she "suggests that this action has been stayed by the operation of 11 U.S.C. § 362." (Id. at 1 & ¶ 3.)

Nebraska General Rule 1.5(a)(1) states, in part, "Upon the filing of a suggestion in bankruptcy, or other notification that a party to a civil case is a debtor in a bankruptcy case, the entire case is referred to the bankruptcy court for further action."

**IT IS THEREFORE ORDERED** that:

1. The suggestion of bankruptcy, (ECF No. 13), is judicially noted, and pursuant to NEGenR 1.5(a)(1), this case is referred to the United States Bankruptcy Court for the District of Nebraska.

1

2.  The Clerk of the United States District Court for the District of Nebraska shall transmit the court file to the Clerk of the United States Bankruptcy Court for the District of Nebraska.

Dated January 22, 2013.

        BY THE COURT

        _____
        Warren K. Urbom
        United States Senior District Judge