IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. BK12-82809-TLS |
| | ) | |
| MELISSA J. McCLELLAN, | ) | CH. 13 |
| | ) | |
| Debtor. | ) | |
| UNITED STATES OF AMERICA, | ) | ADV. NO. A13-8005-TLS |
| | ) | |
| Plaintiff, | ) | 8:12CV216 |
| | ) | |
| vs. | ) | |
| | ) | |
| MELISSA J. McCLELLAN and | ) | |
| TST, INC., d/b/a Grading and Sodding, | ) | |
| | ) | |
| Defendants. | ) | |

## REPORT AND RECOMMENDATION

This matter is before the court on the United States of America's motion to withdraw reference and reinstate case in the U.S. District Court (Fil. #9).

I respectfully recommend to the United States District Court for the District of Nebraska that reference of the case be withdrawn so the parties may proceed in district court. The United States has obtained relief from the automatic stay in the bankruptcy case to permit it to proceed with its foreclosure action.

The Clerk of the Bankruptcy Court shall process this recommendation pursuant to the local court rules.

DATE:  January 24, 2014.

BY THE COURT:

/s/ Thomas L. Saladino
Chief Judge

Notice given by the Court to:
     Laurie M. Barrett
     Office of General Counsel USDA - Rural Development
     Erin M. McCartney
     TST, Inc., d/b/a Grading and Sodding
     Kathleen Laughlin
     United States Trustee