## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **8:12CV216** |
| Plaintiff, | |
| vs. | **ORDER** |
| MELISSA J MCCLELLAN, | |
| Defendant. | |
| | **BK 12-82809-TLS** |
| IN RE: | **CHAPTER 13** |
| MELISSA J. McCLELLAN, | **A13-08005-TLS** |
| Debtor. | |

This matter is before me on the Report and Recommendation of Chief Judge Thomas L. Saladino of the United States Bankruptcy Court for the District of Nebraska, ECF No. 11, and recommends the reference of this case be withdrawn so that the parties may proceed in district court. No objection to the Report and Recommendation has been filed.

IT THEREFORE IS ORDERED that:

1. the Report and Recommendation, No. 11, is adopted;

2. the referral to the Bankruptcy Court for the District of Nebraska is withdrawn; and

3. the magistrate judge shall progress the case

Dated February 20, 2014.

BY THE COURT:

Warren K. Urbom
United States Senior District Court